# EXHIBIT A

[Print in black ink all areas in bold letters. A complaint must be served in response to a demand or notice of appearance (CPLR 3012(b))]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X

Mariah Lopez

[your name(s)]                                Plaintiff(s),

- against -

NYC Dept. of Homeless Services, NYC Human Resources Administration, Project Renewal Inc, QPS Security Inc, WIN Inc, Christine Quinn

[name(s) of party being sued]                 Defendant(s).
-----------------------------------------------------------X

SUMMONS WITH NOTICE

Index Number
100556/2018
Date Index Number Purchased

_____, 20__

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED and required to serve upon plaintiff, at the address stated below, a notice of appearance or demand for a complaint within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

Dated: 4/26/18 , 20__
[date of summons]

[sign your name]
Mariah Lopez
[print your name]

Defendant(s)   NYC Dept Homeless Services (and NYC HRA)
               Project Renewal Inc
               QPS Security
               WIN Inc

[your address(es), telephone number(s)]
100 Church Street, NY 100__
200 Varick St 10014
80 1 2nd Avenue 10017
115 West 31 Street NY 100__

[address(es) of party being sued]

CommenceAction - 1/2014

Notice: The nature of this action is [briefly describe the nature of your case against the defendant(s), such as, breach of contract, negligence]: Among other claims: discrimination based on Gender Identity and expression; harassment (including sexual harassment)

The relief sought is [briefly describe the kind of relief you are asking for, such as money damages of $25,000] Seeking money damages among other relief.

Should defendant(s) fail to appear herein or demand a complaint, judgment will be entered by default for the sum of $250,000,000 (ML) [amount of money demanded] with interest from the date of _____ [date from which interest on the amount demanded is claimed] and the costs of this action.

Venue:

Plaintiff(s) designate New York County as the place of trial. The basis of this delegation is

[check box that applies]:

- ☐ Plaintiff's(s') residence in New York County
- ☑ Defendant's(s') residence in New York County
- ☐ Other [See CPLR Article 5]: _____

2

CommenceAction - 1/2014

Supreme Court Records OnLine Library - page 2 of 2