# EXHIBIT E

At an I.A.S. Part 55 of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse, located at 80 Centre Street, Borough of New York, City and State of New York, on the 11th day of May, 2018

**PRESENT:**

### HON. JAMES E. d'AUGUSTE, J.S.C.

---

MARIAH LOPEZ,

                              Petitioner,

                -against-

NYC DEPT OF HOMELESS SERVICES, NYC HUMAN RESOURCES ADMINISTRATION, PROJECT RENEWAL INC, QPS SECURITY INC, WIN INC, CHRISTINE C. QUINN,

                              Respondents.

ORDER

INDEX NO.:

100556/2018

---

Hon. James E. d'Auguste, J.S.C.:

Upon petitioner having filed an order to show cause dated May 10, 2018 seeking a temporary restraining order and a preliminary injunction against the New York City Department of Homeless Services, it is hereby

ORDERED that the branch of petitioner's application seeking a temporary restraining order is denied; and it is further,

ORDERED that a briefing schedule with respect to the branch of petitioner's application seeking a preliminary injunction is set forth as follows: opposition papers are to be filed on or before May 21, 2018; reply papers are to be filed on or before June 8, 2018; and service of said papers may be effected by email as to the municipal defendants on consent of both parties; and it is further,

ORDERED that the return date for the preliminary injunction aspect of the instant order to show cause is June 19, 2018 at 11:00 a.m. in Part 55, Room 122 of the Courthouse located at 80 Centre Street, New York, New York 10013; and it is further,

ORDERED that a copy of this order is to be served by personal service on or before May 15, 2018.

This constitutes the order of this Court.

ENTER,

HON. JAMES E. d'AUGUSTE
J.S.C.