UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>                          Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPT. OF HOMELESS SERVICES, et al.,<br><br>                          Defendants. | 17-CV-3014 (VEC) (OTW)<br><br>**DECLARATION OF EVAN SCHNITTMAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

EVAN SCHNITTMAN, being duly sworn, deposes and states, pursuant 28 U.S.C. § 1746 the following:

1. I submit this declaration in support of my motion to withdraw as counsel for defendant THE CITY OF NEW YORK.

2. I left employment at the Office of the Corporation Counsel on or about October 10, 2018. I am currently employed as an associate at Garbarini & Scher, P.C. and I no longer have any involvement in this action.

3. The Office of the Corporation Counsel continues to represent THE CITY OF NEW YORK in this action.

4. Accordingly, I request that the Court grant my motion to withdraw as counsel for defendant THE CITY OF NEW YORK and that my name and email address be removed from the case's official docket.

Dated: New York, New York
        January 10, 2019

                                                              s/
                                             EVAN SCHNITTMAN